1  MORRIS NAZARIAN, Cal Bar. No. 230275
   Monazarian@yahoo.com
2  LAW OFFICES OF MORRIS NAZARIAN
   1875 Century Park E., Suite 1345
3  Los Angeles, CA 90067
   Telephone:     (310) 284-7333
4  Facsimile:     (310) 284-7332

5  Attorneys for Plaintiffs EDSEL PALMA
   STEVEN WRACHFORD, TOMAS TORAL, and
6  JOSE PENA

7  JACKSON LEWIS LLP
   CARY G. PALMER, Cal. Bar No. 186601
8  palmerc@jacksonlewis.com
   RANDALL J. HAKES, Cal. Bar No. 233548
9  hakesr@jacksonlewis.com
   801 K Street, Suite 2300
10 Sacramento, California 95814
   Telephone:     (916) 341-0404
11 Facsimile:     (916) 341-0141

12 Attorneys for Defendant
   WILLIAMS TANK LINES
13

14                IN THE UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 | EDSEL PALMA, AN INDIVIDUAL; STEVEN | Case No. 5:11-cv-05257-PSG
   | WRACHFORD, AN INDIVIDUAL; TOMAS    |
18 | TORAL, AN INDIVIDUAL; AND JOSE     | **STIPULATED REQUEST TO CONTINUE**
   | PENA, AN INDIVIDUAL,               | **CASE MANAGEMENT CONFERENCE**
19 |                                    | **AND RELATED DEADLINES;**
   |            Plaintiffs,             | **[PROPOSED] ORDER**
20 |                                    |
21 |      v.                            |
   |                                    |
22 | WILLIAMS TANK LINES, A CALIFORNIA  |
   | CORPORATION,                       |
23 |                                    | Complaint Filed:  October 28, 2011
   |            Defendant.              | Trial Date:       None Set
24

25         Pursuant to Civil Local Rules 7-12 and 16-2, plaintiffs Edsel Palma, Steven

26 Wrachford, Tomas Toral, and Jose Pena (collectively "Plaintiffs") and defendant Williams Tank

27 Lines ("Defendant"), specially appearing, hereby respectfully request that the Initial Case

28 Management Conference scheduled for December 13, 2011 at 2:00 p.m. and all deadlines related

                                          1

1  to that conference be continued for sixty (60) days to allow the Plaintiffs time to complete their
2  substitution of counsel and to then allow the Parties time to complete their obligations related to
3  meeting and conferring per Rule 26(f), filing a case management conference statement and
4  preparing for initial disclosures.  Furthermore, pursuant to Local Rule 16-2(a), the Initial Case
5  Management Conference should not be set for at least 90 days after the filing of the complaint.  In
6  this case, the Initial Case Management Conference was erroneously set for just 46 days after the
7  filing of the Complaint—denying the Parties of the opportunity to adequately prepare for the
8  Initial Case Management Conference.

9  On October 28, 2011, Plaintiff's filed their complaint, by and through their counsel
10 of record, Michael L. Tracy.  Plaintiff's served Defendant on November 1, 2011, and Defendant's
11 responsive pleading was originally due on November 23, 2011.  Shortly before the Answer
12 became due, Plaintiffs sought to obtain new counsel—Morris Nazarian.  To allow Plaintiffs time
13 to sort out representation and issues related to their Complaint, the Parties stipulated that
14 Defendants would have until December 8, 2011 to file a responsive pleading—a 15-day
15 extension.  Because the Plaintiffs continue to seek a substitution of counsel, the Parties are
16 unprepared for the upcoming Case Management Conference statement.  The Parties do not
17 anticipate being able to meaningfully participate at the present case management conference on
18 December 13, 2011.

19 The Parties have not requested a prior continuance of the Case Management
20 Conference and related deadlines.  The Parties expect that the requested extension of the date for
21 the Initial Case Management Conference will have no adverse effect on the schedule for the case.
22 No trial date or other deadlines have yet been set.  The continuance of the Case Management
23 Conference would promote judicial efficiency as the Parties will likely be able to more
24 meaningfully participate in the case management conference after Plaintiffs' complete their
25 substitution of counsel and the parties are then able to address the preparations and obligations
26 associated with preparing for the Initial Case Management Conference and all deadlines
27 associated therewith.
28 ///

1  | Date:  December 6, 2011        LAW OFFICES OF MORRIS NAZARIAN

2

3  |                                By:  /s/  [*Morris Nazarian*] as approved on 12/6/11
   |                                      MORRIS NAZARIAN

4  |                                Attorneys for Plaintiffs
   |                                EDSEL PALMA, STEVEN WRACHFORD, TOMAS
5  |                                TORAL, and JOSE PENA

6

7  | Date:  December 6, 2011        JACKSON LEWIS LLP

8

9  |                                By:  /s/  [*Randall J. Hakes*]
   |                                      CARY G. PALMER
   |                                      RANDALL J. HAKES
10

11 |                                Attorneys for Defendant
   |                                WILLIAMS TANK LINES

12

13 |                           **[PROPOSED] ORDER**

14 | Based upon the foregoing Stipulated Request to Continue Case Management

15 | Conference and Related Deadlines, the Court orders the continuance of the Initial Case

16 | Management Conference to      February 14      , 2012.  All deadlines related to

17 | the Initial Case Management Conference are continued based on the new date for the Initial Case

18 | Management Conference.

19 | Dated:  December 9, 2011

20

21 |                                _____
   |                                HONORABLE PAUL S. GREWAL
22 |                                UNITED STATES MAGISTRATE JUDGE

3