1  JACKSON LEWIS LLP
   CARY G. PALMER, Cal. Bar No. 186601
2  palmerc@jacksonlewis.com
   RANDALL J. HAKES, Cal. Bar No. 233548
3  hakesr@jacksonlewis.com
   801 K Street, Suite 2300
4  Sacramento, California 95814
   Telephone:     (916) 341-0404
5  Facsimile:     (916) 341-0141

6  Attorneys for Defendant
   WILLIAMS TANK LINES
7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | EDSEL PALMA, AN INDIVIDUAL; STEVEN      Case No.  5:11-cv-05257-PSG
   | WRACHFORD, AN INDIVIDUAL; TOMAS
12 | TORAL, AN INDIVIDUAL; AND JOSE          **WILLIAMS TANK LINES' REQUEST TO**
   | PENA, AN INDIVIDUAL,                    **APPEAR TELEPHONICALLY AT**
13 |                                         **CASE MANAGEMENT CONFERENCE;**
   |                                         **[~~PROPOSED~~] ORDER**
14 |              Plaintiffs,
   |                                         Date:       March 6, 2012
15 |        v.                               Time:       2:00 p.m.
   |                                         Courtroom:  5
16 | WILLIAMS TANK LINES, A CALIFORNIA
   | CORPORATION,
17 |                                         Complaint Filed:   October 28, 2011
   |              Defendant.                 Trial Date:        None Set
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                      1

1    Counsel for Defendant Williams Tank Lines ("WTL") respectfully requests that the Court

2    allow the telephonic appearance of counsel at the Case Management Conference scheduled for

3    Tuesday, March 6, 2012 at 2:00 p.m. in the above-referenced matter.  The request is made on the

4    grounds that defense counsel for this matter is located in Sacramento, California.  Personal

5    appearance at the conference would therefore cause a hardship on WTL in that travel time and

6    expense will be incurred for the appearance.  If granted, Randall J. Hakes will be making the

7    telephonic appearance through CourtCall.

8    Counsel for Plaintiffs Edsel Palma, Steven Wrachford, Tomas Toral, and Jose Pena is

9    located in Los Angeles, California.  Plaintiffs' counsel notified counsel for WTL that they intend

10   to file a request to appear telephonically at the March 6, 2012 Case Management Conference on

11   the same grounds related to their client.

12                     Respectfully submitted,

13   Date:  February 29, 2012             JACKSON LEWIS LLP

14

15                     By:  /s/  [*Randall J. Hakes*]
                              CARY G. PALMER
16                            RANDALL J. HAKES

17                     Attorneys for Defendant
                       WILLIAMS TANK LINES

18

19                     [**PROPOSED**] ORDER

20   Having reviewed the file and the request in this matter, and for good cause appearing, it is

21   ordered that WTL's request to appear telephonically at the Case Management Conference is

22   hereby GRANTED. 'Eqwpugn'ku'kpuvtwevgf ''vq 'eqpvcev 'Eqwtv'Ecnn'cv': 88/7: 4/8: 9: 'vq 'cttcpi g'hqt''

23   \gngr j qpke'cr r gctcpeg0'''KV''KU''UQ''QTFGTGF0'

24   "

25   Dated: Hgdtwct{ '4; , 2012
     "
26                                    _____
                                      U.S. MAGISTRATE JUDGE PAUL S. GREWAL

27

28