1  JACKSON LEWIS LLP
   CARY G. PALMER, Cal. Bar No. 186601
2  palmerc@jacksonlewis.com
   RANDALL J. HAKES, Cal. Bar No. 233548
3  hakesr@jacksonlewis.com
   801 K Street, Suite 2300
4  Sacramento, California 95814
   Telephone:   (916) 341-0404
5  Facsimile:   (916) 341-0141

6  Attorneys for Defendant
   WILLIAMS TANK LINES
7

8                IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | EDSEL PALMA, AN INDIVIDUAL; STEVEN WRACHFORD, AN INDIVIDUAL; TOMAS TORAL, AN INDIVIDUAL; AND JOSE PENA, AN INDIVIDUAL, | Case No. 5:11-cv-05257-PSG |
|---|---|
| Plaintiffs, | **WILLIAMS TANK LINES' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | Date:        March 6, 2012<br>Time:        2:00 p.m.<br>Courtroom:   5 |
| WILLIAMS TANK LINES, A CALIFORNIA CORPORATION, | |
| Defendant. | Complaint Filed:   October 28, 2011<br>Trial Date:        None Set |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

1   Counsel for Defendant Williams Tank Lines ("WTL") respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Tuesday, March 6, 2012 at 2:00 p.m. in the above-referenced matter.  The request is made on the grounds that defense counsel for this matter is located in Sacramento, California.  Personal appearance at the conference would therefore cause a hardship on WTL in that travel time and expense will be incurred for the appearance.  If granted, Randall J. Hakes will be making the telephonic appearance through CourtCall.

Counsel for Plaintiffs Edsel Palma, Steven Wrachford, Tomas Toral, and Jose Pena is located in Los Angeles, California.  Plaintiffs' counsel notified counsel for WTL that they intend to file a request to appear telephonically at the March 6, 2012 Case Management Conference on the same grounds related to their client.

                                        Respectfully submitted,

Date:  February 29, 2012        JACKSON LEWIS LLP

                                      By:  /s/  [*Randall J. Hakes*]
                                              CARY G. PALMER
                                              RANDALL J. HAKES

                                              Attorneys for Defendant
                                              WILLIAMS TANK LINES

### [~~PROPOSED~~] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing, it is ordered that WTL's request to appear telephonically at the Case Management Conference is hereby GRANTED. "Eqwpugn'ku'kpuvtwevgf "vq"eqpvcev"EqwtvEcnn"cv": 88/7: 4/8: 9: "vq"cttcpi g"hqt" vgngrjqpke"crr gctcpeg0""KV"KU"UQ"QTFGTGF0"

"
Dated: Hgdtwct{"4;, 2012
"
                                        U.S. MAGISTRATE JUDGE PAUL S. GREWAL

2

Request to Appear Telephonically                                    *Palma, et al. v. Williams Tank Lines, et al.*
at Case Management Conference; [~~Proposed~~] Order                  USDC NDC Case No. 5:11-cv-05257- PSG