Morris Nazarian (SBN 230275)
**LAW OFFICES OF MORRIS NAZARIAN**
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone:  (310) 274-7333
Facsimile:   (310) 284-7332

Attorneys for Plaintiffs,
EDSEL PALMA, STEVEN WRACHFORD,
TOMAS TORAL, and JOSE PENA

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDSEL PALMA, AN INDIVIDUAL; STEVEN WRACHFORD, AN INDIVIDUAL; TOMAS TORAL, AN INDIVIDUAL; AND JOSE PENA, AN INDIVIDUAL,<br><br>     Plaintiffs,<br><br>v.<br><br>WILLIAMS TANK LINES, A CALIFORNIA CORPORATION,<br><br>     Defendant. | CASE NO.:  5:11-cv-05257-PSG<br><br>Judge: Paul S. Grewal<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERNECE; [~~PROPOSED~~] ORDER<br><br>Date:         March 6, 2012<br>Time:         2:00 p.m.<br>Courtroom:  5<br><br>Complaint Filed:    October 28, 2011 |

TO THE CLERK OF THE COURT AND TO DEFENDANT AND THEIR COUNSEL OF RECORD:

Counsel for Plaintiffs Edsel Palma, Steven Wrachford, Tomas Toral, and Jose Pena ("PLAINTIFFS") respectfully request that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Tuesday, March 6, 2012 at 2:00 p.m. in the above referenced matter. The request is made on the grounds that Plaintiffs' counsel, Morris Nazarian, is located in Los Angeles,, California/ Personal appearance at the conference would therefore cause a hardship on Plaintiffs in that travel time and expense will be incurred for the

appearance. If granted, Morris Nazarian will be making the telephonic appearance through CourtCall.

Respectfully submitted,

Date: March 1, 2012              LAW OFFICES OF MORRIS NAZARIAN

                                 _____/s/_[Morris Nazarian]_____
                                 MORRIS NAZARIAN
                                 Attorney for Plaintiffs
                                 EDSEL PALMA, STEVEN WRACHFORD,
                                 TOMAS TORAL, and JOSE PENA

## [~~PROPOSED~~] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing, it is ordered that PLAINTIFFS' request to appear telephonically at the Case Management Conference is hereby GRANTED. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance. IT IS SO ORDERED.

Date:'O ctej ''4.''4234

Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE