Morris Nazarian (SBN 230275)
**LAW OFFICES OF MORRIS NAZARIAN**
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone:  (310) 274-7333
Facsimile:   (310) 284-7332

Attorneys for Plaintiffs,
EDSEL PALMA, STEVEN WRACHFORD,
TOMAS TORAL, and JOSE PENA

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDSEL PALMA, AN INDIVIDUAL; STEVEN WRACHFORD, AN INDIVIDUAL; TOMAS TORAL, AN INDIVIDUAL; AND JOSE PENA, AN INDIVIDUAL,<br><br>          Plaintiffs,<br><br>v.<br><br>WILLIAMS TANK LINES, A CALIFORNIA CORPORATION,<br><br>          Defendant. | CASE NO.:  5:11-cv-05257-PSG<br><br>Judge: Paul S. Grewal<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERNECE; [~~PROPOSED~~] ORDER<br><br>Date:         March 6, 2012<br>Time:         2:00 p.m.<br>Courtroom:   5<br><br>Complaint Filed:    October 28, 2011 |

TO THE CLERK OF THE COURT AND TO DEFENDANT AND THEIR COUNSEL OF RECORD:

Counsel for Plaintiffs Edsel Palma, Steven Wrachford, Tomas Toral, and Jose Pena ("PLAINTIFFS") respectfully request that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Tuesday, March 6, 2012 at 2:00 p.m. in the above referenced matter. The request is made on the grounds that Plaintiffs' counsel, Morris Nazarian, is located in Los Angeles,, California/ Personal appearance at the conference would therefore cause a hardship on Plaintiffs in that travel time and expense will be incurred for the

1   appearance. If granted, Morris Nazarian will be making the telephonic appearance through
    CourtCall.
2
                                            Respectfully submitted,
3

4   Date: March 1, 2012                     LAW OFFICES OF MORRIS NAZARIAN

5                                           _____/s/_[Morris Nazarian]_____
                                            MORRIS NAZARIAN
6                                           Attorney for Plaintiffs
                                            EDSEL PALMA, STEVEN WRACHFORD,
7                                           TOMAS TORAL, and JOSE PENA

8                                   [PROPOSED] ORDER

9
        Having reviewed the file and the request in this matter, and for good cause appearing, it is
10  ordered that PLAINTIFFS' request to appear telephonically at the Case Management Conference
11  is hereby GRANTED. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for
    telephonic appearance. IT IS SO ORDERED.
12

13  Date:'O ctej ''4.''4234   '"""""""""""""""""""""""""'    Paul S. Grewal
                                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20
                                        - 2 -
21                              SUBSTITUTION OF ATTORNEY BY PLAINTIFFS

22